# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LINDA SLIWA, | |
| Plaintiff, | 2:13-cv-01433-APG-VCF |
| vs. | **ORDER** |
| ALLIED HOME MORTGAGE CAPITAL CORPORATION, *et al.*, | |
| Defendants. | |

Plaintiff's Motion to Re-Open Case to Allow Further Proceedings (#43), filed on August 4, 2015, states that Plaintiff will confer with Defendant to submit an Amended Scheduling Order within thirty (30) days of any order re-opening the case. The Motion to Re-Open Case (#43) was granted and this case was reopened on August 25, 2015. (#47). No amended scheduling order has been filed.

Accordingly,

IT IS HEREBY ORDERED that a discovery hearing is scheduled for 11:00 a.m., October 8, 2015, in courtroom 3D.

IT IS FURTHER ORDERED that an amended discovery plan and scheduling order must be filed on or before October 6, 2015. The discovery hearing may be vacated upon the filing of an amended discovery plan and scheduling, which complies with the applicable Federal Rules of Civil Procedure and this court's local rules.

DATED this 30th day of September, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE