1  WADE HANSARD, Nevada Bar No. 8104
   *wade.hansard@mccormickbarstow.com*
2  MCCORMICK, BARSTOW, SHEPPARD,
   WAYTE & CARRUTH
3  8337 West Sunset Road, Suite 350
   Las Vegas, NV 891113
4  Telephone: (702) 949-1100
   Facsimile: (702) 949-1101
5
   DOUGLAS A. SCULLION (*pro hac vice*)
6  *doug.scullion@dentons.com*
   ANNA SHIRAN (*pro hac vice*)
7  *anna.shiran@dentons.com*
   DENTONS US LLP
8  525 Market Street, 26th Floor
   San Francisco, CA 94105-2708
9  Telephone:   (415) 882-5000
   Facsimile:   (415) 882-0300
10
   Attorneys for Defendant
11 THE LINCOLN NATIONAL
   LIFE INSURANCE COMPANY
12

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LINDA SLIWA,<br><br>                Plaintiff,<br><br>       vs.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY as Claims Administrator for GROUP LONG TERM DISABILITY INSURANCE FOR EMPLOYEES OF ALLIED HOME MORTGAGE CAPITAL CORPORATION,<br><br>                Defendants. | Case No.:  2:13-cv-01433-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND FRCP RULE 52 BRIEFING SCHEDULE**<br><br>**(SECOND REQUEST SINCE CASE REOPENING)** |

-1-
STIPULATION AND ORDER TO EXTEND FRCP RULE 52 BRIEFING SCHEDULE
CASE NO.: 2:13-CV-01433-APG-VCF

Plaintiff LINDA SLIWA and Defendant THE LINCOLN NATIONAL LIFE INSURANCE COMPANY (collectively, the "Parties") hereby jointly submit this Stipulation And Order to extend the Rule 52 briefing schedule, as set forth in the Court's December 14, 2015 Order, as follows:

WHEREAS, pursuant to the Court's December 14, 2015 Order (Dkt. No. 53), the last day to file FRCP Rule 52 Motions is February 29, 2016;

WHEREAS due to the unavailability of lead defense counsel, the Parties have agreed to stipulate to extend the briefing schedule for their respective FRCP Rule 52 Motions;

WHEREAS the Parties respectfully request the Court continue the previous FRCP Rule 52 briefing schedule by one week, as follows:

| Deadline | Current | Proposed |
|---|---|---|
| Last day to file FRCP Rule 52 Motions: | February 29, 2016 | **March 7, 2016** |
| Last day to file opposing memoranda: | March 30, 2016 | **April 6, 2016** |
| Last day to file reply memoranda: | April 13, 2016 | **April 20, 2016** |

IT IS SO STIPULATED.

**LAW OFFICE OF JULIE MERSCH**

DATED:  January 27, 2016

By: */s/ Julie A. Mersch*
JULIE A. MERSCH
Nevada Bar No.: 004695
1100 E. Bridger Ave.
Las Vegas, NV 89101
(702) 387-5868
Attorneys for Plaintiff

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-2-
STIPULATION AND ORDER TO EXTEND FRCP RULE 52 BRIEFING SCHEDULE
CASE NO.: 2:13-CV-01433-APG-VCF

**DENTONS US LLP**

DATED:  January 27, 2016  By: /s/ Anna Shiran

Douglas A. Scullion, Esq. (*pro hac vice*)
Anna Shiran, Esq. (*pro hac vice*)
DENTONS US LLP
525 Market St., 26th Floor
San Francisco, CA 94105-2708
(415) 882-5000
Attorneys for Defendant LINCOLN

**MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH**

Wade Hansard, Esq.
Nevada Bar No.: 008104
8337 W. Sunset Rd., Ste. 350
Las Vegas, NV 89113
(702) 949-1100
Attorneys for Defendant LINCOLN

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 3, 2016